IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ROBERT M. BARON,**

    **Plaintiff,**

v.                                      Case No. 4:23-cv-280-AW-MAF

**RICKY DIXON,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Robert Baron sued Department of Corrections Secretary Ricky Dixon in his official capacity, seeking damages for what Baron contends was wrongful incarceration. As the magistrate judge correctly explains, the Eleventh Amendment precludes an action for damages against a state official sued in his official capacity.

In an October 25, 2023 report and recommendation (ECF No. 17)—to which there has been no objection—the magistrate judge recommends dismissal. I now adopt the report and recommendation to the extent it recommends dismissal based on the Eleventh Amendment. I do not reach the alternative *Heck* issue.

The clerk will enter a judgment that says, "Plaintiff's claims are dismissed based on Eleventh Amendment immunity." The clerk will then close the file.

SO ORDERED on December 7, 2023.

                                                            s/ *Allen Winsor*
                                                             United States District Judge